CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>**v.**<br><br>**Anthony Steven Moncayo Contreras**<br>DOB: 2000; Citizen of Ecuador | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-09965MJ |

Complaint for violation of Title 18, United States Code, Sections 111(a) and (b), and Title 8, United States Code, Section 1325(a)(1)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

**Count 1:** On or about September 19, 2026, at or near Lukeville, in the District of Arizona, **Anthony Steven Moncayo CONTRERAS** did intentionally and forcibly assault United States Border Patrol Agent G.P., an agent of the United States as designated in section 18 U.S.C. § 1114, while Agent G.P. was engaged in, or on account of the performance of his duties, by punching Agent G.P. above the left eye, which inflicted bodily injury; in violation of Title 18, United States Code, Sections 111(a) and 111(b), a felony.

**Count 2:** On or about September 19, 2026, at or near Lukeville, in the District of Arizona, **Anthony Steven Moncayo CONTRERAS**, an alien, did intentionally and knowingly attempt to unlawfully enter the United States of America from Mexico at a time or place other than as assigned by immigration officials of the United States of America; in violation of Title 8, United States Code, Section 1325(a)(1), a petty misdemeanor.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On or about September 19, 2026, at approximately 3:12 p.m., a United States Border Patrol agent operating a tower camera observed a subject, later identified as **Anthony Steven Moncayo CONTRERAS** and two other individuals walking northbound, approximately five miles west of Lukeville, in the District of Arizona, and 200 yards north of the international border between the United States and the Republic of Mexico. This area is a commonly used area for undocumented individuals to cross into the United States from Mexico. Agent G.P. and other agents were dispatched to the area to detain **CONTRERAS** and the other two individuals for an immigration inspection. Agent G.P. and his partner located three individuals laying on the ground who matched the description given by the camera operator. When Agent G.P. approached the group, **CONTRERAS** stood and ran toward Agent G.P. with a phone in his hand and then punched Agent G.P. above the left eye with the hand that held the phone. Agent G.P. tackled **CONTRERAS**, who continued to attempt to punch Agent G.P. as they struggled. Another agent witnessed the altercation, and agents were able to detain **CONTRERAS** and the other two individuals, both of whom witnessed the assault. Agent G.P. sustained bodily injury to the area above his eye, which was a laceration and a hematoma. **CONTRERAS** is a citizen of Ecuador and lacked proper immigration documents to be lawfully inside the United States.

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE: CAIMINAGUA HUALAN, MARJORIE LISBETH and MONCAYO PALACIOS, ANGEL MOISES.

| DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br>[signature]<br>OFFICIAL TITLE & NAME:<br>USBP Agent Carlo Moreno |
|---|---|
| Subscribed to and sworn before me telephonically. | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>[signature: Lynnette C. Kimmins] | **DATE**<br>September 21, 2026 |

[1] See Federal Rules of Criminal Procedure Rules 3 and 54

Reviewing AUSA Matthew Cassell